## WAY ag<sup>t</sup> SAVAGE

L<sup>t</sup> Richard Way Attourny of John Hornbrooke plaint. ag<sup>t</sup> Ephraim Savage who married Sarah Walker the late widdow and Adm<sup>x</sup> to the Estate of Obadiah Walker dece<sup>d</sup> Defend<sup>t</sup> in an action of the case for not paying the Summe of Eighteen pounds in mony due to the s<sup>d</sup> Hornbrooke for wages done in the Service of s<sup>d</sup> Walker at Kenebeck as shall appeare by Evidence, for want whereof the plaint. is very much damnified w<sup>th</sup> interest and all other due damages &c. . . . The Jury . . . found for the plaint. Eighteen pounds mony and costs of Court.

L<sup>t</sup> Rich<sup>d</sup> Way appearing in the Office acknowledged hee was fully Satisfied the abovewritten judgem<sup>t</sup>

## TOMPSON ag<sup>t</sup> WHITAKER

Benj<sup>n</sup> Tompson assigne by Deed & proprieto<sup>r</sup> by purchase of the Estate of John Godfrey plaint. ag<sup>t</sup> Abraham Whitaker Sen<sup>r</sup> Defend<sup>t</sup> according to attachm<sup>t</sup> The plaint. was nonsuted upon non appearance and costs granted the Defend<sup>t</sup>

## CLARKE ag<sup>t</sup> NICHOLS

Andrew Clarke plaint. ag<sup>t</sup> John Nicholls Defend<sup>t</sup> according to attachm<sup>t</sup> The plaint. was nonsut<sup>d</sup> in failure of process Suing in an action of Reveiw wherein there was formerly two Def<sup>ts</sup> and now but one reveiwing and costs grant<sup>d</sup> the Defend<sup>t</sup> . [ 503 ]